IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2014 JAN 31 A 11: 46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ronald Lee Hatcher #153577
**Full name and prison number
Of Plaintiff(s)**

v.

Kim Thomas, Commissioner,
Alabama Dept. of Corr., in his
individual Capacity.

**Name of person(s) who violated
Your constitutional rights.
(List the names of all
persons.)**

CIVIL ACTION NO 2:14-cv-67WHA
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   YES ( )   NO (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES (X)   NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Ronald Lee Hatcher

         Defendant(s) William Wynne, et al., Chairman of Board of Pardons and Paroles, State of Ala.

      2. Court ) if federal court, name the district; if state court, name the county) Middle District of Ala

1

3. Docket number 2013-CV226TH

4. Name of judge to whom case was assigned
Wallace Capel Jr. (Magistrate Judge)

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
Still Pending

6. Approximate date of filing lawsuit 4-9-13

7. Approximate date of disposition

II. PLACE OF PRESENT CONFINEMENT Limestone Corr. Fac.
28779 Nick Davis RD Harvest, Al 35749
PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Limestone Corr. Fac.

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.
NAME                                                    ADDRESS

1. Commissioner: Kim Thomas, Ala. Dept. of Corr. 301 S. Ripley St. Mont. Al 36130
2.
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 12-21-12

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Misconduct of Segaration and Violation of the 14th Amendment.

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as best you can the time, place and manner and person involved)**

On 12-21-12 United States District Judge Myron H. Thompson entered an opinion against the State of Alabama for violation of Title II of the ADA and the Rehabilitation Act. Hatcher a Alabama Prisoner, who is HIV-Positive has been discriminated against by the defendant (State of Alabama) for conduct that actually violated clearly established Federal Constitution's Fourteenth Amendment law, the defendant was personally responsible for the violation of Hatcher's right.

**GROUND TWO:** _____

**SUPPORTING FACTS:** _____

**GROUND THREE:** _____

**SUPPORTING FACTS:** _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Grant monetary damages, in this matter and whatever else the Court deems just and fair, for Hatcher being discriminated against. Grant also compensatory damages to include Pain and Suffering, Personal humiliation, mental anguish and injuries to the Quality of Hatcher's life.

*Ronald Lee Hatcher*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  /-28-14  .
  (Date)

*Ronald Lee Hatcher*
Signature of plaintiff(s)

Ronald Lee Hatcher #155511
Limestone Corr. Fac. (Dorm-C)
28779 Nick Davis RD
Harvest, AL 35749





02 1M
0008007241
MAILED FROM Z

"LEGAL MAIL"

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

3610130711