IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD LEE HATCHER, #153577, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:14-CV-67-WHA |
| ) | |
| KIM TOBIAS THOMAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This cause is before the court on the Recommendation of the Magistrate Judge entered on February 1, 2017 (Doc. #53). There being no timely objection to the Recommendation, and after review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The defendant's motion for summary judgment is GRANTED.

2. Judgment is GRANTED in favor of the defendant.

3. This case is DISMISSED with prejudice.

4. Final Judgment will be entered in accordance with this order.

DONE this 22nd day of February, 2017.

                                              /s/ W. Harold Albritton
                                             SENIOR UNITED STATES DISTRICT JUDGE